# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PERCY STALLS

NO. 2026 KW 0082

**MAY 18, 2026**

---

In Re:     Percy Stalls, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           1803016.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** Although La. Code Crim. P. art. 928 was repealed
by 2025 La. Acts No. 393, § 3, the substance of this Article is
now contained at La. Code Crim. P. art. 927(A)(2), which was
amended by 2025 La. Acts No. 393, § 1. Accordingly, to the extent
relator asks this court to reverse the summary dismissal of his
application for postconviction relief, the writ application is
denied. Supplementation of this writ application and/or an
application for rehearing will not be considered. See Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event
relator elects to file a new application with this court seeking
review of the dismissal of the claims presented in the application
for postconviction relief, he may do so without the necessity of
obtaining a return date. The application shall be filed on or
before August 19, 2026. Any future filing on this issue must
include the entire contents of this application, documents from
the district court record that might assist with reviewing the
claims, including the relevant transcripts and a copy of this
ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT